# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00144 |
| BERNARD JOSEPH SIRR | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date: 6/21/2022 |
|  | ) Description: Complaint with Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     BERNARD JOSEPH SIRR                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:  06/22/2022                                   Zia M. Faruqui
                                                    2022.06.22 23:23:55 -04'00'
                                                    *Issuing officer's signature*

City and state:     Washington, D.C.               Zia M. Faruqui, U.S. Magistrate Judge
                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 6/22/2022, and the person was arrested on *(date)* 6/29/2022
at *(city and state)* NORTH KINGSTOWN, RI.

Date: 6/29/2022

                                                    *Arresting officer's signature*

                                                    BRENDAN C FOGERTY    SA, FBI
                                                    *Printed name and title*