NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

      vs.                      Criminal Number: 1:22-MJ-00144

BERNARD JOSEPH SIRR
    (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

/s/Alfred D. Carry
(*Signature*)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Alfred D. Carry (DC Bar #1011877)
(*Attorney & Bar ID Number*)

McGlinchey Stafford PLLC
(*Firm Name*)

1275 Pennsylvania Avenue NW, Suite 420
(*Street Address*)

Washington, DC 20004
(*City*)   (*State*)   (*Zip*)

(202) 802-9951
(*Telephone Number*)