NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

    vs.                          Criminal Number: 1:22-MJ-00144

BERNARD JOSEPH SIRR
    (Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

/s/Robert N. Driscoll
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Robert N. Driscoll (DC Bar #486451)
*(Attorney & Bar ID Number)*

McGlinchey Stafford PLLC
*(Firm Name)*

1275 Pennsylvania Avenue NW, Suite 420
*(Street Address)*

Washington, DC 20004
*(City)*      *(State)*      *(Zip)*

(202) 802-9950
*(Telephone Number)*