IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )  Case No. 1:22-MJ-00144<br>)<br>BERNARD JOSEPH SIRR, )<br>)<br>Defendant. )<br>_____ ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. I have been informed of my right to a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure to determine whether there is probable cause to believe that an offense has been committed, such hearing to be held within 14 days of my first appearance if I am in custody and no later than 21 days if not in custody, unless I have been indicted beforehand.

I agree to waive my right to a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

Dated: July 20, 2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Alfred D. Carry (DC Bar #1011877)
Robert N. Driscoll (DC Bar #486451)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant Bernard Joseph Sirr*